# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Aaron Ingram

Plaintiff,

v.

Mercer et al

Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-01565-MMD-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Elizabeth A Mercer, James Gollmer, Michael Alexander, Chad Dougherty, Brain Kowaski, Andrew Szukiewicz, Gabriel Mazon, Las Vegas Metro Police Dept, Steven B. Wolfson, Eight Judicial District Court, and against Aaron Ingram, dismissed without prejudice.

04/09/2026

Date

DEBRA K. KEMPI

Clerk

/s/ ALZ

Deputy Clerk